1052

[No. 41159-4-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER TALAGA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-8-00695-5, Charles V. Johnson, J., entered July 29, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41183-7-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *on the Relation of Denise Marie Aydelotte, Respondent,* v. GEORGE RICHARD AYDELOTTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-3-02432-4, Hollis C. Holman, J. Pro Tem., entered May 14, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 41258-2-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMIE LEIGH PORTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-8-02019-2, Charles V. Johnson, J., entered August 8, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 20642-1-II; 21367-2-II.    Division Two.    July 17, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL ANTHONY MALYCHEWSKI, *Appellant.*

Appeals from judgments of the Superior Court for Clark County, Nos. 96-1-00263-1, 96-1-00934-2, Robert L. Harris and Barbara D. Johnson, JJ., entered April 5 and November 19, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.